IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: FREDERICK E. & FATRICE D. AUSTIN GEIGER )<br>)<br>)<br>WELLS FARGO BANK, N.A., )<br>      Creditor, )<br>)<br>  vs. )<br>)<br>)<br>FREDERICK E. & FATRICE D. AUSTIN GEIGER, )<br>      Debtor )<br>) | CASE NO. 09B16221<br>JUDGE<br>JACK B. SCHMETTERER |

### **RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of September 6, 2011.

    a. Attorneys' fees                                          $250.00

    b. Payments    (8/11 – 9/11:  2 @ $1,966.92)      $3,933.84

    c. Late charges                                             $282.86

    d. Suspense                                                 ($161.89)

    Total                                                         $4,304.81

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
        Wells Fargo Bank, N.A.

        /s/Christopher M. Brown
        Christopher M. Brown
        ARDC#6271138

        Pierce and Associates, P.C.
        1 North Dearborn Street
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088